

Peterson Zamat, LLC
250 State Street, Unit A-2
North Haven, CT 06473
p 203.248.8700 | f 203.774.1155
PetersonZamat.com

December 20, 2021

<u>Via ECF</u>
Judge Sarala V. Nagala, U.S.D.J.
United States District Judge

      Re:  **Robert Letskus, Jr. v. KVC Group, LLC d/b/a National Credit Partners, Prime Legal Firm, Denise Ho and Kim Vo**
            <u>**Civil Action No.:3:20-CV-01893-SVN**</u>

Dear Judge Nagala,

      Pursuant to the Court's December 6, 2021 Order, the parties submit this joint status report in accordance with your Instructions for Status Reports.

      (a)  Brief description of the nature of the case;

Plaintiff Robert Letskus, Jr ("Mr. Letskus") alleges that his company, RPL Real Estate, LLC ("RPL"), entered into a contract (the "contract") with Defendant KVC Group, LLC d/b/a National Credit Partners ("KVC"), which allegedly was presented to RPL as not requiring a personal guarantee by its owner, Mr. Letskus. When the contract was provided, it did not contain a personal guarantee; the only parties to the contract were RPL and KVC. A dispute arose regarding the payments pursuant to the contract, which went to arbitration between RPL and KVC only. After an award (the "award") was established in favor of KVC, through its attorney, Denise Ho ("Ms. Ho") of Prime Legal ("Prime Legal") filed a complaint in California Superior Court to enforce said award, except it was a complaint against RPL and Mr. Letskus. Ms. Ho, Prime Legal and KVC were allegedly told via letter that Mr. Letskus was not part of the contract or the arbitration. After a hearing the Court entered an Order dismissing Mr. Letskus from the case. Now, Mr. Letskus brings the instant suit claiming Fraud, Violations of the Connecticut Unfair Trade Practices Act, Negligent Misrepresentation, Civil RICO Violations and Vexatious Litigation.



The Defendants maintain that this matter should be dismissed or transferred for lack of venue.  The contracts involved have a forum selection clause placing venue in California.  All of the witnesses other than Plaintiff are in California.  The state court litigation alleged to have been vexatious was in California.  Defendants also maintain that California governs all claims.  As to the RICO claim, Plaintiff has failed to comply with the Court's RICO standing order despite Plaintiff's commitment to do so.  Defendants have filed a motion to dismiss or transfer which is pending before the Court.

(b)  The Status of discovery;

Discovery has not yet began due to a Motion to Dismiss filed by Defendants, which has not yet been scheduled for argument or ruled on.

(c)  The nature and status of any outstanding motions, including the parties' position(s) as to whether any such motions are ripe for adjudication and whether the parties request oral argument on any motion;

Defendants have filed a Motion to Dismiss. Plaintiff and Defendants are patiently awaiting the scheduling of oral argument.

(d)  Whether the parties are actively engaged in settlement discussions and/or whether the parties seek a referral to a Magistrate Judge for settlement purposes;

No meaningful settlement discussions have taken place. The parties will consider a referral to a Magistrate Judge for settlement purposes pending the outcome of Defendant's Motion to Dismiss.

(e)  Whether the parties will consent to a trial before a Magistrate judge; and

(f)  The estimated length of trial.

The parties estimate 3 days for trial.



                                              Very truly yours,

                                          /s/ Gregory S. Peterson, Esq.

                                          Gregory S. Peterson, Esq.

cc: Jeffrey R. Hellman, Esq. ( via ECF)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT LETSKUS, JR., | : | CIVIL ACTION NO.: |
| | : | 3:20-cv-01893-CSH |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| KVC GROUP, LLC d/b/a NATIONAL CREDIT PARTNERS, PRIME LEGAL FIRM, DENISE HO and KIM VO, | : | DECEMBER 20, 2021 |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the forgoing Joint Status Report was served *via* operation of the Court's CM/ECF system on December 20, 2021 to the following:

**Gregory Peterson , Jr**
Peterson Zamat, LLC
250 State Street, Ste. A2
North Haven, CT 06473
greg@petersonzamat.com

                                         **KVC GROUP, LLC d/b/a NATIONAL CREDIT PARTNERS, PRIME LEGAL FIRM, DENISE HO and KIM VO**

By:   /s/ *Jeffrey Hellman*
        Jeffrey Hellman
        Law Offices of Jeffrey Hellman, LLC
        195 Church Street, 10th Floor
        New Haven, CT  06510
        Tel.: 203-691-8762
        jeff@jeffhellmanlaw.com
        Federal Bar No.: ct04102