# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT LETSKUS, JR., <br><br> Plaintiff, <br><br> KVC GROUP, LLC d/b/a NATIONAL CREDIT PARTNERS, PRIME LEGAL FIRM, DENISE HO and KIM VO. <br><br> Defendants. | CIVIL ACTION NO.: <br> 3:20-cv-01893-CSH <br><br><br> FEBRUARY 9, 2022 |

## MOTION ON CONSENT FOR EXTENSION OF TIME

    Pursuant to Local Rule 7(b), the Plaintiff Robert Letskus, Jr., hereby moves for an extension of time until February 23, 2022 to file his responsive supplemental brief pursuant to the Order of January 26, 2022 by the Honorable Sarala V. Nagala. Counsel to Defendant consents to such request. As such, the Plaintiff consents to extending Defendant's reply deadline from February 16, 2022 to March 2, 2022.

Plaintiff, ROBERT LETSKUS, JR.

Dated: North Haven, Connecticut
February 9, 2022

By: */s/ Gregory S. Peterson*
    Gregory S. Peterson
    PETERSON ZAMAT, LLC
    250 State Street, Unit A-2
    North Haven, CT 06473
    Telephone: 203.248.8700
    Facsimile: 203.774.1155
    Greg@petersonzamat.com

    *Attorney for Plaintiff,*
    *Robert Letskus, Jr.*

## **CERTIFICATION**

  This is to certify that a copy of the foregoing Motion on Consent for Extension of Time was sent via operation of the Court's CM/ECF system on this 9th day of February 2022, to the following counsel of record:

Jeffrey Hellman Esq.
Law Offices of Jeffrey Hellman, LLC
195 Church Street, 10th Fl.
New Haven, CT 06510
jeff@jeffhellmanlaw.com

|  |  |
|---|---|
| Dated: North Haven, Connecticut<br>February 9, 2022 | Plaintiff, Robert Letskus, Jr.<br><br>By: */s/ Gregory S. Peterson*<br>  Gregory S. Peterson<br>  PETERSON ZAMAT, LLC<br>  250 State Street, Unit A-2<br>  North Haven, CT 06473<br>  Telephone: 203.248.8700<br>  Facsimile: 203.774.1155<br>  Greg@petersonzamat.com<br><br>  *Attorney for Plaintiff,*<br>  *Robert Letskus, Jr* |