UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT LETSKUS, JR., | CIVIL ACTION N |
| | 3:20-cv-01893-CS |
| Plaintiff, | |
| | |
| KVC GROUP, LLC d/b/a NATIONAL CREDIT PARTNERS, PRIME LEGAL FIRM, DENISE HO and KIM VO. | FEBRUARY 9, 20 |
| | |
| Defendants. | |

### DECLARATION OF ROBERT LETSKUS, JR.

STATE OF CONNECTICUT )
) ss.: North Madison
COUNTY OF New Haven )

Robert Letskus, Jr., under penalty of perjury declare that the following is true accurate:

1. I am over eighteen years of age and recognize the obligations of an oatl

2. I have personal knowledge of the facts contained herein.

3. On or about January 16, 2019, when I spoke to Dan Hakim ("Mr. Haki[m]") of KVC about assistance in lowering payments on the existing debts of RPL, any and [all] communications from me were done in Connecticut, both via telephone and computer, and any and all representations to me by Mr. Hakim were made while I was in Connecticut.

4. When the Contract was entered into on behalf of PRL on or about Janu[ary] 18, 2019, it was executed in Connecticut.

5. The Petition to Confirm the Arbitration award was served on me, personally, in Connecticut.

6. The monies I paid to defend myself in the Petition to Confirm the Arbitration Award was paid through my bank account in Connecticut.

7. All communications I had regarding the Petition to Confirm the Arbitration Award were from Connecticut.

8. The personal harm I suffered as a result of the Petition to Confirm the Arbitration Award took place in Connecticut, where it had a substantial impact on my personal life, including my personal finances, all of which are in Connecticut.

9. The financial hardship that the Petition to Confirm the Arbitration Awa[rd] caused stress on my personal finances and marriage which ultimately was a factor in m[y] subsequent costly divorce.

10. The financial hardship that the Petition to Confirm the Arbitration Awa[rd] caused stress on my personal health and resulted in the need for costly therapy.

IN WITNESS WHEREOF, I have hereunto set my hand and seal all as of this 23 da[y of] February, 2022.

Robert Letskus, Jr.

State of Connecticut

County of New Haven

Then personally appeared the above-named Robert Letskus, Jr., know[n or] satisfactorily proven to be the individual described herein and who executed the forego[ing] instrument, and acknowledged that she executed the same as a free act and deed before [me].

2/23/22

Notary Public

**ADAM M. C**
*NOTARY PUBLIC*
MY COMMISSION EXPIRE[S]